NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-0721
     Facsimile: (213) 894-0141
     E-mail:    John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE EXTRADITION OF<br><br>CHRISTOPHER PHILIP AHN,<br><br>A Fugitive from the Government of the Kingdom of Spain. | No. 19MJ1523<br><br>ORDER<br><br>**(FILED UNDER SEAL)** |

BEFORE ME, a United States Magistrate Judge for the Central District of California, the complainant herein, John J. Lulejian, an Assistant United States Attorney for the Central District of California, personally appeared on the 12 day of April, 2019, and being duly sworn, deposed and stated on information and belief that the facts contained in the complaint for an arrest warrant are true, as he verily believes.

\\
\\
\\

IT IS HEREBY ORDERED, based on probable cause, that a warrant for the arrest of CHRISTOPHER PHILIP AHN may issue, pursuant to the Extradition Treaty between the United States of America and the Kingdom of Spain, the provisional extradition request, and 18 U.S.C. § 3184.

DATED: This 12 day of April, 2019.

JACQUELINE CHOOLJIAN

_____
UNITED STATES MAGISTRATE JUDGE