FILED
2019 APR 19 AM 10: 03
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
BY: ___

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>V.<br>CHRISTOPHER AH~<br>USMS= 77981-112 | PLAINTIFF<br><br>DEFENDANT | CASE NUMBER:<br>19 MJ-01523<br>REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: 4/18/19  1500  ☐ AM  ☒ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☒ Yes   ☐ No

4. Charges under which defendant has been booked:
   18 USC 3184

5. Offense charged is a:   ☒ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: ___

7. Year of Birth: 1981

8. Defendant has retained counsel:   ☒ No
   ☐ Yes   Name: ___   Phone Number: ___

9. Name of Pretrial Services Officer notified: Deven

10. Remarks (if any): ___

11. Name: Luis Flo   (please print)

12. Office Phone Number: 213-620-7676   13. Agency: USMS

14. Signature: ___   15. Date: 4/19/19

CR-64 (05/18)   REPORT COMMENCING CRIMINAL ACTION