# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | Western Division |
| vs. | Case Number: 2:19-MJ-01523-1 |
| | Initial App. Date: 04/19/2019 |
| Christopher Philip Ahn | Initial App. Time: 2:00 PM |
| | |
| Defendant. | Date Filed: 04/12/2019 |
| | Violation: 18:3184 |
| | CourtSmart/ ~~Reporter:~~ CS 4/19/19 |

~~Under Seal~~ Under Seal
Extradition
Custody

| PROCEEDINGS HELD BEFORE UNITED STATES MAGISTRATE JUDGE: **Jean P. Rosenbluth** | CALENDAR/PROCEEDINGS SHEET LOCAL/OUT-OF-DISTRICT CASE |
|---|---|

| PRESENT: | Martinez, Beatriz | John Lulejian | None |
|---|---|---|---|
| | *Deputy Clerk* | *Assistant U.S. Attorney* | *Interpreter/Language* |

☐ INITIAL APPEARANCE NOT HELD - CONTINUED
☒ Defendant informed of charge and right to: remain silent; appointment of counsel, if indigent; right to bail; bail review and
   ☐ preliminary hearing OR ☐ removal hearing / Rule 20.
☐ Defendant states true name ☐ is as charged ☐ is _____
☐ Court ORDERS the caption of the Indictment/Information be changed to reflect defendant's different true name. Counsel are directed to file all future documents reflecting the true name as stated on the record.
☒ Defendant advised of consequences of false statement in financial affidavit. ☐ Financial Affidavit ordered **SEALED**.
☒ Attorney: Callie Steele, DFPD ☒ Appointed ☐ Prev. Appointed ☒ Poss. Contribution (see separate order)
   ☐ Special appearance by: _____
☐ ~~Government's~~ request for detention is: ☐ GRANTED ☒ DENIED ☐ WITHDRAWN ☒ ~~CONTINUED~~
☐ Defendant is ordered: ☐ Permanently Detained ☒ Temporarily Detained (see ~~separate order~~)
☐ BAIL FIXED AT $ _____ (SEE ATTACHED COPY OF CR-1 BOND FORM FOR CONDITIONS)
☒ Government moves to UNSEAL Complaint/Indictment/Information/Entire Case: ☒ GRANTED ☐ DENIED
☐ Preliminary Hearing waived.
☐ Class B Misdemeanor ☐ Defendant is advised of maximum penalties
☐ This case is assigned to Magistrate Judge _____. Counsel are directed to contact the clerk for the setting of all further proceedings.
☐ **PO/PSA WARRANT** ☐ Counsel are directed to contact the clerk for
   District Judge _____ for the setting of further proceedings.
☐ Preliminary Hearing set for _____ at 4:30 PM _____
☐ PIA set for: _____ at 11:00 AM in LA; at 10:00 AM in Riverside; at 10:00 AM in Santa Ana
☐ Government's motion to dismiss case/defendant _____ only: ☐ GRANTED ☐ DENIED
☐ Defendant's motion to dismiss for lack of probable cause: ☐ GRANTED ☐ DENIED
☐ Defendant executed Waiver of Rights. ☐ Process received.
☐ Court ORDERS defendant Held to Answer to _____ District of _____
   ☐ Bond to transfer, if bail is posted. Defendant to report on or before _____
   ☐ Warrant of removal and final commitment to issue. Date issued: _____ By CRD: _____
   ☐ Warrant of removal and final commitment are ordered stayed until _____
☒ Case continued to (Date) 4/23/2019 (Time) 2:00 AM/**PM**
   Type of Hearing: Detention Before Judge Jean P. Rosenbluth /Duty Magistrate Judge
   Proceedings will be held in the ☐ Duty Courtroom _____ ☒ Judge's Courtroom 6TH L.TH Floor
☒ Defendant committed to the custody of the U.S. Marshal ☐ Summons: Defendant ordered to report to USM for processing.
☐ Abstract of Court Proceeding (CR-53) issued. Copy forwarded to USM.
☐ Abstract of Order to Return Defendant to Court on Next Court Day (M-20) issued. Original forwarded to USM.
☐ RELEASE ORDER NO: _____
☒ Other: M-39 Submitted + executed. The case is to remain Sealed until further Ordered.
   ☐ PSA ☐ USPO ☒ FINANCIAL  READY
   Deputy Clerk Initials BM

CR 10 ✓ : 20