NICOLA T. HANNA
United States Attorney
PATRICK R. FITZGERALD
Assistant United States Attorney
Chief, National Security Division
JOHN J. LULEJIAN (Cal. Bar No. 186783)
Assistant United States Attorney
    1200 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-0721
    Facsimile: (213) 894-0141
    E-mail:   John.Lulejian@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN THE MATTER OF THE EXTRADITION OF<br><br>CHRISTOHER PHILIP AHN,<br><br>A Fugitive from the Government of Kingdom of Spain. | No. 2:19-MJ-01523<br><br>[~~PROPOSED~~] ORDER |
|---|---|

    Upon consideration of the request of the United States for the detention of fugitive CHRISTOPHER PHILIP AHN, pending extradition proceedings, and good cause therefor appearing,

    IT IS HEREBY ORDERED that said request is GRANTED, the Court making the following findings of fact and conclusions of law:

    1.   In foreign extradition matters there is a presumption against bail and only "special circumstances" will justify release on bail. See United States v. Salerno, 878 F.2d 317, 317 (9th Cir. 1989); see also In re Extradition of Smyth, 976 F.2d 1535, 1535-36 (9th Cir. 1992); Kamrin v. United States, 725 F.2d 1225, 1228 (9th Cir. 1984). The burden of showing special circumstances exist rests

upon the fugitive. See, e.g., Salerno, 878 F.2d at 317-18. Here, the Court finds that no such "special circumstances" exist.

2. The government alternatively requests detention on the grounds that AHN presents an unacceptable risk of (a) flight and/or (b) danger to the community, even if the Court were to find that special circumstances are present.

The Court hereby finds no combination of conditions that will reasonably assure:

    a. ( ) the appearance of fugitive as required; and/or

    b. ( ) the safety of any person or the community

_[paragraphs 2 through "community" struck through with large X]_

IT IS SO ORDERED. *The Court reserves any ruling on flight risk and danger until such time as it may be necessary to decide those issues.*

April 23, 2019
DATE

/s/ Rosenbluth (handwritten signature)
UNITED STATES MAGISTRATE JUDGE

Presented by:

/s/ John J. Lulejian
JOHN J. LULEJIAN
Assistant United States Attorney

2