UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MJ 19-1523 | Date | April 25, 2019 |
|---|---|---|---|
| Title | In the Matter of the Extradition of Christopher Philip Ahn | | |

| Present: The Honorable | Jean Rosenbluth, U.S. Magistrate Judge | |
|---|---|---|
| Bea Martinez | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None present | None present |

**Proceedings:** Order Concerning Pending Applications to File Documents Under Seal (IN CHAMBERS)

On April 22 and 23, 2019, respectively, the Relator and the government submitted applications to file briefing under seal, along with the proposed briefing and proposed orders. After the hearing on April 23, at which the Court granted the government's request to unseal the docket and denied the Relator's request to keep it sealed, the Court reviewed the proposed briefing and sealing applications and tentatively finds nothing in them that requires redaction before the documents are ordered made part of the public record.

But before the Court so orders, counsel may request that specific language, identified by page number and line of the particular proposed brief, remain under seal. Such requests should be made only as to information that was not discussed publicly at the April 23 hearing and that appears in the briefing.

Either counsel may file such a request no later than noon on Friday, April 26. Opposing counsel may file a response by no later than 4 p.m. on Monday, April 29. The Court will thereafter rule on whether the briefing may be filed publicly on the docket in its entirety or whether some redaction is appropriate.

Counsel are directed to put in bold, underlined letters on the face page of any filing, "For Proceedings Before Magistrate Judge Rosenbluth."