Ekwan E. Rhow - State Bar No. 174604
    erhow@birdmarella.com
Naeun Rim - State Bar No. 263558
    nrim@birdmarella.com
Christopher Jumin Lee - State Bar No. 322140
    clee@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendant
Christopher Philip Ahn

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| UNITED STATES OF AMERICA, | CASE NO. 2:19-mj-01523-DUTY |
|---|---|
| Plaintiff, | **UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE UNDER SEAL; DECLARATION OF COUNSEL** |
| vs. | |
| CHRISTOPHER PHILIP AHN, | Filed Concurrently with [Proposed] Order |
| Defendant. | Assigned to Hon. Jean Rosenbluth, U.S. Magistrate Judge |
| | Hrg. Date: June 18, 2019<br>Hrg. Time: 3:00 p.m.<br>Courtroom 690. Roybal 6th Floor |

3585198.1

Relator Christopher Philip Ahn, by and through his counsel of record, applies to this Court *ex parte* for leave to file **Exhibit 1** to Christopher Philip Ahn's Application for Reconsideration of the Court's Order Granting the Government's Request for Detention under seal**.** This application is made pursuant to Local Rule 79-5.2.2(a)-(b) and the Court's Guide to Electronically Filing Under-Seal Documents in Civil Case.

Exhibit 1 must be filed under seal because it contains the confidential medical records of Christopher Philip Ahn.

On June 5, 2019, counsel for the parties met and conferred over email, and opposing counsel stated that the government had no objection to this *ex parte* application.

DATED: June 6, 2019

Naeun Rim
Ekwan E. Rhow
Christopher J. Lee
Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.

By: */s/ Naeun Rim*
      Naeun Rim
Attorneys for Defendant Christopher Philip Ahn

1
UNOPPOSED EX PARTE APPLICATION FOR LEAVE TO FILE UNDER SEAL; DECLARATION OF COUNSEL

## DECLARATION OF NAEUN RIM

I, Naeun Rim, declare as follows:

1. I am an active member of the Bar of the State of California and of Counsel with Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, A Professional Corporation, attorneys of record for Defendant Christopher Philip Ahn in this action. I make this declaration in support of the Unopposed Ex Parte Application to File Under Seal. Except for those matters stated on information and belief, I make this declaration based upon personal knowledge and, if called upon to do so, I could and would so testify.

2. Exhibit 1 to Christopher Philip Ahn's Application for Reconsideration of the Court's Order Granting the Government's Request for Detention contains the confidential medical records of Christopher Philip Ahn.

3. On June 5, 2019, I emailed Assistant United States Attorney John J. Lulejian and informed him that the defense would be filing this *ex parte* application. Mr. Lulejian informed me by email that the government had no objection.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on June 6, 2019, at Los Angeles, California.

*/s/ Naeun Rim*
Naeun Rim