UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | MJ 19-1523 | Date | June 17, 2019 |
|---|---|---|---|
| Title | In the Matter of the Extradition of Christopher Philip Ahn | | |

| Present: The Honorable | Jean Rosenbluth, U.S. Magistrate Judge | |
|---|---|---|
| Stacey Pierson | n/a | n/a |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Relator: |
|---|---|
| None present | None present |

**Proceedings:** **Order Regarding June 18 Hearing** (IN CHAMBERS)

Article XI(A) of the treaty between Spain and the United States allows for the provisional arrest of a person sought by one of the signatory countries "pending the presentation of the request for extradition through the diplomatic channel." The Relator in this case was provisionally arrested on April 18, 2019, and made his initial appearance on April 19. Subsection (D) of article XI provides that "[a] person arrested upon a [provisional arrest warrant] application shall be set at liberty upon the expiration of 45 days from the date when the Embassy of the country seeking extradition is informed through the diplomatic channels of the fact of this arrest if a request for his extradition accompanied by the documents specified in Article X shall not have been received."

The parties should be prepared to address at the hearing on June 18 (1) when the Spanish embassy was "informed through the diplomatic channels" of the Relator's arrest; (2) by whom must the request for extradition and appropriate documents be "received," the Court or some government entity, agency, or department; and (3) when, if ever, such request and documents have been received by the appropriate recipient in this case.